# Exhibit 1

# THE RANDALL FIRM, PLLC
## NEAL SPENCER RANDALL
### ATTORNEY AT LAW

Email Neal@TheRandallFirm.com
www.TheRandallFirm.com
Toll Free Fax 1-866-769-3817

P.O. Box 50800
1335 E. 17TH STREET
IDAHO FALLS, IDAHO 83405

208-542-0414 Idaho Falls
208-735-5244 Twin Falls
208-678-1587 Burley
435-755-5001 Logan, Utah

July 18, 2013

Justin Mayall
165 W. 300 S.
Providence, UT 84332

RE: Past-Due Account, Meade Recovery Services, LLC
Original Creditor: Cache Valley Specialty Hospital, Account #: 367504
Our Reference #: 33843

Dear Justin:

This firm represents the interest of Meade Recovery Services, LLC, for the purpose of collecting a debt that you owe to Cache Valley Specialty Hospital. Our records indicate that you owe a past-due balance as calculated below:

| | |
|---|---|
| Original Balance | $3,670.10 |
| Accrued Interest at 18% APR | $620.80 |
| Collection Costs | $1,468.04 |
| Attorney Fees | $175.00 |
| Less Payments Made | -$0.00 |
| **Total Past-Due Balance** | **$5,933.94** |

You should pay off the amount owed now by mailing a check or money order to: Meade Recovery Services, LLC; Reference #: 33843; PO Box 352; Logan, Utah 84323-0352. Meade Recovery Services, LLC can also take credit or debit card payments by phone at: (435) 713-0595. If you cannot pay off the amount owed right now, then you should call my office and set up monthly payments and sign a payment agreement; the fee to set up the payment arrangement will be included in the monthly payments. If you do not: 1) Pay off the amount owed, or 2) set up monthly payments, then a lawsuit will be filed against you to collect the original balance. Also, the lawsuit will seek to recover interest, attorney fees, collection costs and court costs from you. Therefore, in order to avoid legal action, you should contact me immediately. Otherwise, my client has instructed me to file a lawsuit against you.

Sincerely,

Neal S. Randall
Attorney at Law

**LEGAL NOTICE:** If this is a consumer debt, you are hereby notified of the following: 1) This letter is an attempt to collect a debt allegedly owed to the above-listed original creditor, and any information obtained will be used for that purpose. 2) Unless you dispute the validity of the debt, or any portion thereof within thirty (30) days after receipt of this letter, the debt will be assumed to be valid. 3) If you notify this office in writing within the thirty-day period that the debt, or any portion thereof, is disputed, then this office will obtain verification of the debt, or, if applicable, a copy of a judgment against you, and this office will mail a copy of such verification or judgment against you. 4) Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor. 5) This past due debt may be reported, if not reported already, to a credit reporting company, if it remains unpaid.