# Exhibit 2

# THE RANDALL FIRM, PLLC
## NEAL SPENCER RANDALL
### ATTORNEY AT LAW

Email Neal@TheRandallFirm.com
www.TheRandallFirm.com
Toll Free Fax 1-866-769-3817

P.O. Box 50800
1335 E. 17th STREET
IDAHO FALLS, IDAHO 83405

208-542-0414 Idaho Falls
208-735-5244 Twin Falls
208-678-1587 Burley
435-755-5002 Logan, Utah

August 20, 2013

Justin Mayall
165 W. 300 S.
Providence, UT 84332

RE: *Meade Recovery Services, LLC v. Justin Mayall*
Original Creditor: Cache Valley Specialty Hospital, Account #: 367504
Our Reference #: 33843

Dear Justin:

You have just been served with a lawsuit. The lawsuit will seek damages as described in the attached Complaint, and as shown in brief summary below:

| | |
|---|---|
| Original Balance | $3,670.10 |
| Accrued Interest at 18% APR (thru 8/9/12 to 8/20/13) | $680.53 |
| Collection Costs* and Attorney Fees | $2,120.54 |
| Less Payments Made | -$0.00 |
| **Total Past-Due Balance** | **$6,471.17** |

*Including estimated service of process costs of $27.50

In addition to the Total Claim for Damages amount, the lawsuit seeks future court filing fees that range between $75.00 and $360.00. If you wish to prevent the commencement of the lawsuit, then you should contact my office within five (5) days of the receipt of this letter to settle the matter and/or establish a payment plan. If you call my office and set up a payment plan, then you can prevent the lawsuit from being filed with the court, thereby saving yourself the additional cost of the court filing fees as described above. Therefore, in order to prevent the lawsuit from progressing and to save yourself from the additional costs of litigation, you should contact me immediately to make payment arrangements.

Please be advised that without payment in full or a written payment agreement signed by you and returned to Meade Recovery Services, LLC within 10 business days, the attached Complaint will be filed with the Court.

Sincerely,

Neal S. Randall
Attorney at Law

---

*This letter is an attempt to collect a debt.
Any information obtained will be used for that purpose.*

SUMMONS - 1

THE RANDALL FIRM, PLLC
Neal S. Randall, Utah *Bar No. 8416*
*Attorney for Plaintiff*
P.O. Box 50800
1335 East 17th Street
Idaho Falls, ID 83405-0800
Logan: (435) 755-5001
Idaho Falls: (208) 542-0414
Toll Free Fax: 1-866-769-3817
Reference #: 33843

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
## STATE OF UTAH, COUNTY OF CACHE

| | |
|---|---|
| MEADE RECOVERY SERVICES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN MAYALL,<br><br>Defendant. | COMPLAINT<br><br>Case No._____<br><br>Judge:_____ |

COMES NOW the Plaintiff, Meade Recovery Services, LLC, by and through counsel of record, Neal S. Randall, and for cause of action against the above-named Defendant alleges as follows:

1. Defendant Justin Mayall is a resident of Cache County, UT.

2. Plaintiff is a Utah Limited Liability Company, registered with the State of Utah as a debt collection agency, and with its principal place of business in Logan, Cache County, Utah.

3. Defendant executed a written contract (*see attached* **Exhibit "A"**), in CACHE County, Utah; therefore this Court has jurisdiction over the Defendant pursuant to Utah Code § 78B-3-304.

4. Under the terms of the Contract, goods or services were provided on August 9, 2012, and the Defendant is indebted to Cache Valley Specialty Hospital who assigned the

right to bring this cause of action to Plaintiff.

5. This lawsuit is to collect a debt with the original amount of $3,670.10, not including interest and costs (*i.e.*, collection costs, service of process costs, attorney fees, court costs, etc.), plus accrued interest in the amount of $680.53, which has accrued from the contract date, or date when goods or services were provided, at 18% APR, plus collection costs and attorney fees, all as provided by the Contract.

6. Defendant has made payments totaling $0.00.

7. Plaintiff has previously demanded payment of the amount of the debt, and Defendant has refused or failed to pay the debt.

**WHEREFORE**, Plaintiff prays for Judgment against the Defendant as follows:

1. For a total judgment amount that should be calculated as follows:

| | |
|---|---|
| Original amount of the debt: | $3,670.10 |
| Accrued interest, at 18% APR, (from August 9, 2012) | $680.53 |
| Collection Costs | $1,468.04 |
| Attorney fees: (Allowed by contract, shown by Affidavit, and/or pursuant to Rule 73, U.R.C.P.) | $625.00 |
| Service of Process Costs (if any, see Affidavit): | $27.50 |
| Court Filing Fees (if any) | $185.00 |
| Less Defendant's Payments (if any): | -$0.00 |
| **Judgment Amount Total:** | **$6,656.17** |

Interest, costs and attorney fees are allowed by the Contract, plus the following:

2. For subsequent augmented costs incurred in executing and collecting the judgment.

3. Pursuant to Rule 73(d) of the Utah Rules of Civil Procedure should considerable additional efforts be made in collecting or defending a judgment and hearings be required in this matter that are outside the normal course of collecting a debt, the Plaintiff specifically request attorney fees and costs associated with prosecuting,

attending, defending and going forward with those additional hearings and work outside of what is outlined in Rule 73.

4. Attorney fees awarded in this case shall not be shared with the Plaintiff pursuant to Utah Rule of Professional Conduct 5.4.

5. For any additional relief as may seem appropriate and just to the Court under the circumstances.

DATED this August 20, 2013.                                /s/ Neal S. Randall

                                                               NEAL S. RANDALL
*Attorney for Plaintiff*