JUSTIN D. HEIDEMAN (USB #8897)
**HEIDEMAN & ASSOCIATES**
2696 North University Avenue, Suite 180
Provo, Utah 84604
Telephone: (801) 472-7742
Facsimile: (801) 374-1724
Email: jheideman@heidlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JUSTIN MAYALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE RANDALL FIRM, PLLC, an Idaho professional limited liability company; NEAL S. RANDALL, an individual; MEADE RECOVERY SERVICES, LLC, a Utah limited liability company; MEADERS, LLC, a Utah limited liability company; MOUNTAIN DIVISION – CVH, a Tennessee limited liability company, doing business as CACHE VALLEY HOSPITAL; CVSH, LLC, , a Utah limited liability company; ADVANCED SPINE PAIN SPECIALISTS, LLC, a Utah limited liability company; VIKAS GARG, an individual; DAVID GEARY, an individual; EQUIFAX, INFORMATION SERVICES, LLC. a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a Delaware corporation; TRANS UNION, LLC, a Delaware corporation; and JOHN DOES 1-10,<br><br>Defendants. | **MOTION FOR WITHDRAW OF COUNSEL**<br><br><br>Case No.: 1:13-cv-00166-TC<br><br>Judge: Tena Campbell |

Pursuant to DUCivR 83-1.3, Justin D. Heideman, and the law firm Heideman & Associates ("Counsel"), hereby moves to withdraw as counsel for:

| | |
|---|---|
| Client Name: | Justin K. Mayall |
| Client Address: | 165 West 300 South |
| | Providence, Utah 84332 |
| Client Email: | Justinkmayall@gmail.com |
| Client Telephone: | (435) 213-9178 |

The reasons for withdrawal are as follows:

1. The Plaintiff has advised Attorney Justin D. Heideman and the law firm Heideman & Associates that he no longer wishes for the Attorney Justin D. Heideman and the law firm Heideman & Associates to represent him in this matter.

2. Irreconcilable differences between counsel of record and Justin K. Mayall have developed.

3. In the event this motion is granted, Client or new counsel for Client must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

4. This Motion is made with the client's consent and is accompanied by certification that Client has been served with a copy of this motion.

5. The undersigned certifies that no trial date is set.

6. A pending Motion is currently in front of the court [DOC 102] Motion for Judgment on the Pleadings in Favor of Defendants CVSH, LLC D/B/A Cache Valley Specialty Hospital, LLC, Mountain Division-CVSH, LLC, and David Geary. This Motion is due

for response by the Plaintiff on May 19, 2017.

7. A proposed order is attached hereto and has been submitted in Word format by email to the presiding judge in this case.

DATED and SIGNED April 26, 2017.

**HEIDEMAN & ASSOCIATES**
*/s/ Justin D. Heideman*
JUSTIN D. HEIDEMAN
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

On this 26th day of April, 2017, I hereby certify a true and correct copy of the foregoing **MOTION FOR WITHDRAW OF COUNSEL** was served on the following:

| Party/Attorney | Method |
|---|---|
| Neal S. Randall<br>THE RANDALL LAW FIRM, PLLC<br>PO Box 50800<br>Idaho Falls, ID 83405-0800<br>Email: neal@therandallfirm.com<br>*Attorney for Defendants The Randall Firm and Neal S. Randall* | ☐ Hand Delivery<br>☐ U.S. Mail, postage prepaid<br>☐ Overnight Mail<br>☐ Fax Transmission<br>☒ Electronic Filing Notice |
| Marty Moore<br>Matthew David Lorz<br>PECK HADFIELD, BAXTER & MOORE LC<br>399 North Main Street, Suite 300<br>Logan, UT 84321<br>Email: mmoore@peckhadfield.com<br>Email: mlorz@peckhadfield.com<br>*Attorney for Defendants Advanced Spine Pain Specialists and Vikas Garg* | ☐ Hand Delivery<br>☐ U.S. Mail, postage prepaid<br>☐ Overnight Mail<br>☐ Fax Transmission<br>☒ Electronic Filing Notice |
| Jonathan E. Jenkins<br>DAINES & JENKINS, LLP<br>108 N. Main Street, Suite 200<br>Logan, UT 84323<br>Email: micah@dainesjenkins.com<br>*Attorney for Meade Recovery Services, LLC* | ☐ Hand Delivery<br>☐ U.S. Mail, postage prepaid<br>☐ Overnight Mail<br>☐ Fax Transmission<br>☒ Electronic Filing Notice |
| Stewart O. Peay<br>SNELL & WILMER, LLP<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>Email: speay@swlaw.com<br>*Attorney for Defendants Equifax, Inc., and Equifax Information Services, LLC* | ☐ Hand Delivery<br>☐ U.S. Mail, postage prepaid<br>☐ Overnight Mail<br>☐ Fax Transmission<br>☒ Electronic Filing Notice |
| R. Christian Hansen<br>HILLYARD ANDERSON & OLSEN<br>595 South Riverwoods Pkwy, Suite 100<br>Logan, Utah 84321<br>Email: christian@hao-law.com<br>*Attorneys for Defendant Cache Valley Hospital* | ☐ Hand Delivery<br>☐ U.S. Mail, postage prepaid<br>☐ Overnight Mail<br>☐ Fax Transmission<br>☒ Electronic Filing Notice |

| | |
|---|---|
| George W. Burbidge, II<br>CHRISTENSEN & JENSEN PC<br>257 East 200 South, Suite 1100<br>Salt Lake City, Utah 84111<br>Email: george.burbidge@chrisjen.com<br>*Attorneys for Defendant Trans Union* |     Hand Delivery<br>    U.S. Mail, postage prepaid<br>    Overnight Mail<br>    Fax Transmission<br>X  Electronic Filing Notice |
| Justin K. Mayall<br>165 West 300 South<br>Providence, Utah 84332 |     Hand Delivery<br>X  U.S. Mail, postage prepaid<br>    Overnight Mail<br>    Fax Transmission<br>X  Electronic Filing Notice |

                                          **HEIDEMAN & ASSOCIATES**
                                          */s/ Wendy Poulsen*
                                          WENDY POULSEN
                                          Legal Assistant