IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JUSTIN MAYALL,<br><br>　　　Plaintiff,<br><br><br>　　　vs.<br><br><br>THE RANDALL FIRM, PLLC, et al.,<br>　　　Defendants. | ORDER<br><br>Case No. 1:13-cv-00166-TC<br><br>Judge Tena Campbell |

On May 19, 2017, Defendant Neal S. Randall moved the court for an order dismissing this matter with prejudice. Defendant pointed to Federal Rule of Civil Procedure 16(f)(1) and argued that the court should dismiss the action because the Plaintiff, Justin Mayall, violated the court's order by failing to make an appearance within 21 days of his counsel's removal. However, on the same day that Mr. Randall filed his motion, Mr. Mayall filed one of his own, asking for a 30-day extension to obtain new counsel. The court granted Mr. Mayall's motion. As a result, the court DENIES Mr. Randall's motions for dismissal (ECF No. 106, 107).

DATED this 23th day of May, 2017.

BY THE COURT:

TENA CAMPBELL
U.S. District Court Judge