IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JUSTIN MAYALL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE RANDALL FIRM, PLLC, et al.,<br><br>    Defendants. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 1:13-cv-00166-TC<br><br>Judge Tena Campbell |

On June 5, 2017, Justin Mayall filed a document entitled "Request for Admission and Production of Documents by Order of Court." (ECF No. 114). That filing states that Mr. Mayall "authorizes CVSH" to "turn[] over" certain documents "to the court for safe keeping." (Id.) CVSH moved to strike Mr. Mayall's request. (ECF No. 121.) Then, on August 8, 2017, CVSH, Mountain Division – CVSH, LLC, and David Geary (collectively, Hospital Defendants) moved to amend their answer to Mr. Mayall's second amended complaint. (ECF No. 123.) However, on August 9, 2017, the court dismissed all claims against the

Hospital Defendants. As a result, CVSH's motion to strike (ECF No. 121) and the Hospital Defendants' motion to amend their answer (ECF No. 123) are DENIED as moot.

DATED this 10th day of August, 2017.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge