# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JUSTIN MAYALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE RANDALL FIRM, PLLC, an Idaho professional limited liability company, NEAL S. RANDALL, an individual, MEADE RECOVERY SERVICES, LLC, a Utah limited liability company and MEADERS, LLC, a Utah limited liability company,<br><br>Defendants. | **ORDER TO DISMISS WITH PREJUDICE**<br><br><br>Civil No. 1:13-CV-00166-TC-EJF<br><br>Honorable Tena Campbell<br>Magistrate Judge Evelyn J. Furse |

Pursuant to Plaintiff Justin Mayall's Stipulated Motion to Dismiss with Prejudice (ECF No. 182), and for good cause shown, all claims and causes of action against the defendants are dismissed with prejudice.

SO ORDERED this 14th day of November, 2019.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Court Judge